THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ABEL HELB, :
:
    **Plaintiff** :
v. : 3:20-CV-1008
: (JUDGE MARIANI)
ANGELA HOOVER, et al. :
:
    **Defendants** :

## ORDER

**AND NOW, THIS** \_\_30th\_\_ **DAY OF OCTOBER, 2020**, upon review of Magistrate Judge Carlson's Report and Recommendation ("R&R") (Doc. 12) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT:**

1. The R&R (Doc. 12) is **ADOPTED** for the reasons stated therein.

2. Plaintiff's action is **DISMISSED WITH PREJUDICE** for failure to comply with the Court's Orders and for failure to prosecute this action, as well as for failure to state a claim.[1]

3. The Clerk of Court is directed to **CLOSE** this action.

                                                                              /s/ Robert D. Mariani
                                                                              Robert D. Mariani
                                                                              United States District Judge

---

[1] The Court also agrees with the prior R&R's findings, adopted by this Court on September 17, 2020 (Doc. 10), that an application of the *Poulis* factors supports the dismissal of this action. *See* Doc. 8, at 5-11; *Poulis v. State Farm Fire and Cas. Co.*, 747 F.2d 863 (3d Cir. 1984).